No. 87–777.   KROWITZ *v.* DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE.   C. A. 6th Cir.   Certiorari denied.

No. 87–778.   MGA, INC. *v.* GENERAL MOTORS CORP. ET AL. C. A. Fed. Cir.   Certiorari denied.

No. 87–782.   WESNER *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION NO. 764, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–783.   CORDOVA CLAY CO., INC. *v.* UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 87–785.   DONOVAN *v.* DELAWARE.   Sup. Ct. Del.   Certiorari denied.

No. 87–788.   HMK CORP. *v.* WALSEY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 87–790.   JOHNSON *v.* KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 87–793.   SHAW *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 87–794.   PENMAN *v.* INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, PUBLICISTS GUILD, LOCAL 818.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87–795.   HENEIN *v.* SAUDI ARABIAN PARSONS LTD. C. A. 9th Cir.   Certiorari denied.

No. 87–797.   POLLAK *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 87–798.   POLLAK *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.